| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Feb. 1, No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GILBERT, JOHN P. | United States District Court Southern District of Illinois | July 2, 1992 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge - Nominee | X Nomination, Date 7/2/92 ___ Initial ___ Annual ___ Final | January 1, 1991 TO July 2, 1992 |

| 7. Chambers or Office Address |
|---|
|  |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Circuit Judge | First Judicial Circuit, State of Illinois |
| Executor | Estate of Mary Dollins Allee (Aunt) |
| Trustee | JGG Family Trust |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

Buy Out Agreements with former law firm - Gilbert, Kimmel, Huffman & Prosser Ltd. Date of Agreements - January 3, 1988 - Provides annual payments of $10,534.00 for 5 years. Terminates January 15, 1993.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1991 | State of Illinois - Judicial Salary | $ 82,067 |
| 1991 | Gilbert, Kimmel, Huffman & Prosser - Fees and Stock sale of former law firm | $ 10,534 |
| 1992 | State of Illinois - Judicial Salary | $ 49,000 |
| 1992 | Gilbert, Kimmel, Huffman & Prosser - Fees and Stock Sale of Former Law Firm | $ 5,556 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JOHN PHIL GILBERT | Date of Report<br>July 2,1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Bank of Marshall County, KY | Mortgage on Summer Cabin | K |
| First Bank – Carbondale, IL | Mortgage on Investment Property | M |
| Victoria Mortgage, San Antonio,TX | Mortgage on Investment Property | M |
| Home Federal Savings & Loan Carbondale, IL | Mortgage on Investment Property | M |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHN PHIL GILBERT | July 2, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" or "(DC)" for separate ownership by spouse or for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy, sell, merger, redemp- tion) | If not exempt from disclosure | | | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| COM. GTE Corp. | A | div. | J | T | | | | | | |
| COM. PEPSICO | A | div. | J | T | | | | | | |
| COM. U.S.X. MARATHON | A | div. | J | T | | | | | | |
| COM. HUTTON TEL. TR. | B | div. | K | T | | | | | | |
| COM. ABBOTT LABS | A | div. | J | T | | | | | | |
| COM. AT&T | A | div. | J | T | | | | | | |
| COM. ATHENA NEU | A | div. | J | T | | | | | | |
| COM. DISNEY | A | div. | J | T | | | | | | |
| COM. DuPONT | A | div. | J | T | | | | | | |
| COM. FPL GROUP | A | div. | J | T | | | | | | |
| COM. HOME DEPOT | A | div. | J | T | | | | | | |
| COM. SO. COMPANY | A | div. | J | T | | | | | | |
| COM. USF&G | A | div. | J | T | | | | | | |
| COM. MFS GV.PL | A | div. | J | T | | | | | | |
| COM. FRANKLIN U.S.G. | A | div. | J | T | | | | | | |
| COM. SO. BANCSHARES | A | div. | L | U | | | | | | |
| COM. TEMP. GWTH | A | div. | J | T | | | | | | |
| PREF. CITICORP 9% | A | div. | J | T | | | | | | |
| BOND IL. HSG DEV | A | int. | J | T | | | | | | |
| BOND IL. COLL BVGS | A | int. | J | T | | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1 & D4) E=$15,001 to $50,000
2 Value Codes: J=$15,000 or less (See Col. C1 & D3) N=$250,001 to $500,000
3 Value Method Codes: Q=Appraisal (See Col. C2) U=Book Value

B=$1,001 to $2,500 F=$50,001 to $100,000 K=$15,001 to $50,000 O=$500,001 to $1,000,000 R=Cost (real estate only) V=Other

C=$2,501 to 5,000 G=$100,001 to $1,000,000 L=$50,001 to $100,000 P=More than $1,000,000 S=Assessment W=Estimated

D=$5,001 to $15,000 H=More than $1,000,000 M=$100,001 to $250,000 T=Cash/Market


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>JOHN PHIL GILBERT | Date of Report<br>July 2, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| BOND IL COLL SVGS | A | int. | J | T | | | | | |
| BOND IL HLTH SO.IL | A | int. | J | T | | | | | |
| BOND IND. BK SPL | A | int. | J | T | | | | | |
| NOTE HOUSEHOLD FIN | A | int. | J | T | | | | | |
| NOTE SEC. PAC CORP | B | int. | K | T | | | | | |
| NOTE U.S. TREAS. | B | int. | K | T | | | | | |
| COM. SHEAR. MAN. MUN. | A | div. | J | T | | | | | |
| ROYALTY-UNION OIL | A | div. | J | T | | | | | |
| AMERICAN LEASE LTD.<br>Pur. 7/7/80-Cost-$5000 | A | div. | J | T | | | | | |
| CASH-BLUNT,ELLIS,LOEWI | B | int. | K | T | | | | | |
| CASH-FIRST BK -C'DALE IL. | C | int. | K | T | | | | | |
| CASH-1st BK & TR. HARRISBURG, IL. | B | int. | J | T | | | | | |
| CASH - 1st NAT. BK - CARBONDALE, IL | A | int. | J | T | | | | | |
| INC. BEN. _ JGG FAM. TR. | B | int. | K | T | | | | | |
| NOTE - GILBERT, KIMMEL. LAW | D | int. | K | T | | | | | |
| 1/3 BEN. OWN. ORCHARD | A | rent | J | Q | | | | | |
| L.T., Mike Kimmel, TD, | | | | | | | | | |
| Carbondale, IL | | | | | | | | | |
| D/O/APPR. 10/1/89 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More then $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHN PHIL GILBERT | July 2, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 15 UNITS–MEADOW RIDGE | G | Rent | O | S | | | | | |
| 2 Carbondale, IL | | | | | | | | | |
| TIME SHARE – CANCUN | A | RENT | J | R | | | | | |
| 3 VIVA, CANCUN, MX | | | | | | | | | |
| 4 Pur. 8/4/81-Cost-2,500 | | | | | | | | | |
| 5 RENTAL HOUSE – RR#2 | A | Rent | K | R | | | | | |
| 6 Carbondale, IL | | | | | | | | | |
| 7 CASH-BLUNT ELLIS (S) | A | int. | J | T | | | | | |
| 8 CASH-PAINE WEBBER (S) | D | int. | L | T | | | | | |
| 9 BOND-U.S.TREASURY (S) | B | int. | K | T | | | | | |
| 10 CASH-CON'T BK-CHICAGO (S) | B | int. | K | T | | | | | |
| 11 COM. MFS GOV'T Inc.(S) | A | div. | J | T | | | | | |
| 12 COM. NAT. FED. SEC.(S) | B | div. | K | T | | | | | |
| 13 COM. USF&G (S) | A | div. | J | T | | | | | |
| 14 COM. SO. COMPANY (S) | A | div. | J | T | | | | | |
| 15 COM. WESTINGH (S) | A | div. | J | T | | | | | |
| 16 COM. PUTNAM Hi I. (S) | B | div. | K | T | | | | | |
| 17 BOND-Ill.COLL SUGS (S) | A | int. | J | T | | | | | |
| 18 COM. ADM (DC) | A | div. | J | T | | | | | |
| 19 COM. ADM (DC) | A | div. | J | T | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHN PHIL GILBERT | July 2, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (J) for joint ownership of report- ing individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div.; rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-R) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 COM TCW CONV.( DC ) | A | div | J | T | | | | | | |
| 2 COM-SLH UTIL (DC ) | A | div | J | T | | | | | | |
| 3 BOND-IL COLL SVGS (DC ) | A | div | J | T | | | | | | |
| 4 BOND-IL COLL SVGS (DC ) | A | div | J | T | | | | | | |
| 5 BOND-IL COLL SVGS (DC ) | A | div | J | T | | | | | | |
| 6 BOND-IL COLL SVGS (DC ) | A | div | J | T | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | E=$15,001 to $50,000 J=$15,000 or less N=$250,001 to $500,000 | F=$50,001 to $100,000 K=$15,001 to $50,000 O=$500,001 to $1,000,000 | G=$100,001 to $1,000,000 L=$50,001 to $100,000 P=More than $1,000,000 | H=More than $1,000,000 M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHN PHIL GILBERT | July 2, 1992 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _John Phil Gilbert_     Date _July 2, 1992_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:
Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT
## NET WORTH

### JOHN PHIL GILBERT, PATRICIA GAIL GILBERT, JENNIFER GILBERT and JOHN G. GILBERT

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 255,800 | 00 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 269,600 | 00 | Notes payable to others | | |
| Unlisted securities—add schedule | | | Accounts and bills due | | |
| Accounts and notes receivable: | | | Unpaid income tax | | |
| Due from relatives and friends | | | Other unpaid tax and interest | | |
| Due from others | 34,000 | 00 | Real estate mortgages payable—add schedule | 840,000 | 00 |
| Doubtful | | | | | |
| Real estate owned—add schedule | 1,151,000 | 00 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | | | |
| Autos and other personal property | 33,500 | 00 | Other debts—itemize: | | |
| Cash value—life insurance | 10,000 | 00 | | | |
| Other assets—itemize: | | | | | |
| Tima Shane - CANCUN, MX | 3,000 | 00 | | | |
| IRA Account | 53,100 | 00 | | | |
| ST. of IL. - Retirement | 40,000 | 00 | Total liabilities | 840,000 | 00 |
| | | | Net worth | 1,010,000 | 00 |
| Total assets | 1,850,000 | 00 | Total liabilities and net worth | 1,850,000 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | NONe | | Are any assets pledged? (Add schedule.) | yes | |
| On leases or contracts | NONe | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | NONe | | | | |
| Provision for Federal Income Tax | NONe | | Have you ever taken bankruptcy? | NO | |
| Other special debt | NONe | | | | |

6

Digitized by Google

# 296

**Assets held in the name of John Phil Gilbert:**

U.S. GOVERNMENT AND MARKETABLE SECURITIES

| NUMBER OF SHARES | INVESTMENT | CURRENT VALUE |
|---|---|---|
| 200 | GTE Corp. | $ 6,500.00 |
| 100 | Pepsico Incorporated | 3,600.00 |
| 200 | USX Marathon Group | 4,600.00 |
| 10,000 | Illinois Hsg. Dev. Res. Mtg. 0.00% Due 2/1/01 | 3,900.00 |
| 10,000 | Illinois St. College Svgs. 0.00% Due 8/1/0310,000 | 4,900.00 |
| 10,000 | Hutton Telephone Trust 1st Tax Free Exchange Series Monthly | 16,200.00 |
| 1,019.317 | Franklin U.S. Government Securities | 7,200.00 |
| 2,500 | Southern Bancshares | 52,000.00 |
| 1,191 | MFS Gov't Income Plus | 8,200.00 |
| 450 | Shearson Managed Municipal Fund | 7,000.00 |
| 10 | Union Oil of California - Royalty interest | 300.00 |
| 10 | American Leasing Limited | 5,000.00 |
| 200 | Abbott Laboratories | 6,600.00 |
| 34 | American Tel & Tel Co. | 1,400.00 |
| 125 | Athena Neurosciences New | 1,100.00 |
| 100 | Walt Disney Company | 3,000.00 |
| 50 | Du Pont E. I. De Nemour Co. | 2,700.00 |
| 100 | FPL Group Inc. | 3,400.00 |
| 50 | Home Depot Inc. | 3,200.00 |
| 100 | The Southern Company | 3,200.00 |
| 100 | USF&G Corporation | 1,100.00 |
| 10,000 | Illinois State Genl. Obligation College Svgs. Bond 0.00% Due 8/1/03 | 5,000.00 |
| 10,000 | Illinois Health Facility SO IL Hospital Svcs. 5.80% Due 3/1/98 | 10,100.00 |
| 10,000 | Indiana Bond Bk. Spl. Prog. Ser. A2 6.30% Due 1/1/00 | 10,000.00 |
| 6,666 | Hutton Telephone Trust 1st Tax Free Exchange Series Monthly | 10,600.00 |

Digitized by Google